**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

**STEUBEN FOODS, INC.,**

      *Plaintiff*,

  v.                                                                                          10-cv-00781-EAW-JJM

**SHIBUYA HOPPMANN CORP.,**
**SHIBUYA KOGYO CO., LTD.,**
**and HP HOOD LLC,**

      *Defendants*.

---

### STEUBEN FOODS, INC.'S OPPOSITION
### TO DEFENDANTS' SECOND RENEWED MOTION TO DISMISS
### OR, IN THE ALTERNATIVE, TRANSFER DUE TO IMPROPER VENUE

In response to Shibuya's Second Renewed Motion, Plaintiff Steuben Foods, Inc. respectfully incorporates its arguments in opposition to Defendants' previous renewed venue motion. (Dkt. Nos. **343** (Steuben's Opposition to Defendants' Motion [Dkt. 340] to Dismiss or Transfer Venue), **366** (Steuben Foods, Inc.'s Supplemental Brief Addressing the Effect of *In Re Micron Tech., Inc.* on Defendants' Motion [Dkt. 340] to Dismiss or Transfer Due to Improper Venue), **369** (Steuben Foods, Inc.'s Response to Defendants' Brief [Dkt. 367] in Response to the Court's November 20, 2017, Order [Dkt. 362], and **378** (Steuben Foods, Inc.'s Response to Defendants' Objections to the Report and Recommendation Dated January 16, 2018).)

**DATED:** March 28, 2019    Respectfully submitted,

/s/ *Joseph L. Stanganelli*
Joseph L. Stanganelli
**BARCLAY DAMON LLP**
One Financial Center, Suite 1701
Boston, MA  02111
Telephone:  (617) 274-2900
jstanganelli@barclaydamon.com

Cook Alciati
**GARDELLA GRACE P.A.**
80 M Street SE, 1st Floor
Washington, DC  20003
Telephone:  (703) 721-8379
calciati@gardellagrace.com

*Attorneys for Plaintiff Steuben Foods, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2019, I caused the foregoing document to be served electronically on Defendant's counsel of record by filing it with the Court's ECF system.

                                        */s/ Joseph L. Stanganelli*
                                             Joseph L. Stanganelli