IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEUBEN FOODS, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>SHIBUYA HOPPMANN CORP.,<br>SHIBUYA KOGYO CO., LTD.,<br>and HP HOOD LLC,<br><br>*Defendants.* | Case No.: 1:10-cv-00781-EAW-JJM<br><br><u>DEFENDANTS SHIBUYA HOPPMANN, SHIBUYA KOGYO, AND HP HOOD'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF SECOND RENEWED MOTION TO DISMISS OR TRANSFER DUE TO IMPROPER VENUE</u> |

In connection with its Second Renewed Motion to Dismiss Or Transfer Due to Improper Venue (Dkt. 448), Defendants Shibuya Hoppmann Corporation, Shibuya Kogyo Co., Ltd., and HP Hood LLC (collectively, "Defendants") submit this recent decision by the U.S. Court of Appeals for the Federal Circuit in *Westech Aerosol Corp. v. 3M Co.*, No. 2018-1699, 2019 WL 2896381 (Jul. 5, Fed. Cir. 2019), attached as Exhibit A. This case affirms the district court's dismissal of a patent infringement suit due to improper venue. This decision by the Federal Circuit is pertinent to the pending renewed motion by the Defendants to dismiss or, in the alternative, transfer due to improper venue.

| | |
|---|---|
| Dated: July 15, 2019 | Respectfully submitted, |
| | By /s/ *J.C. Rozendaal* |
| William D. Christ | J.C. Rozendaal, *pro hac vice* |
| PHILLIPS LYTLE LLP | Byron L. Pickard, *pro hac vice* |
| One Canalside, 125 Main Street | STERNE, KESSLER, GOLDSTEIN & |
| Buffalo, New York 14203-2887 | FOX P.L.L.C. |
| (716) 847-8332 (phone) | 1100 New York Avenue, N.W. |
| (716) 852-6100 (fax) | Washington, D.C. 20005 |
| wchrist@phillipslytle.com | (202) 371-2600 (phone) |
| | (202) 371-2540 (fax) |
| | jcrozendaal@sternekessler.com |
| | bpickard@sternekessler.com |

*Attorneys for Defendants Shibuya Hoppmann Corporation, Shibuya Kogyo Co., Ltd., and HP Hood LLC*